# GIBBONS

CATHERINE M.C. FARRELLY
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2071 Fax: (212) 554-9651
cfarrelly@gibbonslaw.com

March 17, 2014

**VIA FACSIMILE**
**212.805.7925**

The Honorable Robert W. Sweet
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
Courtroom 18C
New York, NY 10007-1312

    Re: *Broadcast Music, Inc. v. GHM Restaurant Corp.*
         **13-cv-07988 (RWS)**

Dear Judge Sweet:

We represent the plaintiffs, Broadcast Music, Inc., et al. in the above action.

With the consent of defendants' counsel, we write to request that Your Honor adjourn by thirty (30) days the initial conference currently scheduled to take place before the Court at 4 p.m. on Wednesday, May 28, 2014. This is the second such request, and it is needed to permit the parties additional time to conclude a pending settlement discussion. The first request for an adjournment was requested due to a work-related scheduling conflict on the part of defendants' counsel, and it was granted.

We very much appreciate Your Honor's consideration.

Respectfully submitted,

Catherine M. C. Farrelly

cc: Todd Wengrovsky, Esq.

*So ordered*
*Sweet*
*USDJ*
*5-26-14*

5/27/14

#2083579 v1
110887-85264